EUGENE ALAN BUSH, JR., *ET AL.*, PLAINTIFFS-PETI-
TIONERS, v. IRVING RIKER, *ET AL.*, DEFENDANTS-
RESPONDENTS.

*Messrs. Wise, Wise, Wichmann & Merich* for the peti-
tioners.

*Messrs. Riker, Danzig, Marsh & Scherer, Mr. Howard F.
Casselman, Messrs. Stout & O'Hagan* and *Mr. D. Joseph
DeVito* for the respondents.

March 12, 1962.